# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Moore, Lonzell

Printed:  10/16/07

Case Number:  07 B 12554
Judge:  Hollis, Pamela S
Filed:  7/13/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:       Ch 7 Conversion:  October 15, 2007
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Wells Fargo Bank | Secured | 0.00 | 0.00 |
| 2. | Nationwide Acceptance Corp | Secured | 3,092.00 | 0.00 |
| 3. | HSBC Auto Finance | Secured | 27,216.65 | 0.00 |
| 4. | AAA Checkmate LLC | Unsecured | 133.63 | 0.00 |
| 5. | Asset Acceptance | Unsecured | 69.60 | 0.00 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 7. | Hsbc Nv | Unsecured | | No Claim Filed |
| 8. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 9. | Capital One | Unsecured | | No Claim Filed |
| | | | $ 30,511.88 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: